IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT AVERY,                                                                                          PLAINTIFF
ADC #652373

v.                                            4:22CV01068-BSM-JTK

RORY GRIFFIN, et al.                                                                                 DEFENDANTS

## ORDER

Defendant Jamie Parham, through counsel, has filed a Motion to Quash Service. (Doc. No. 18). For the reasons set out below, Defendant Parham's Motion (Doc. No. 18) is GRANTED.

Defendant Parham was served at a last known address. The record reflects that summons for Defendant Parham was delivered, but the signature card (under seal) fails to adequately show that Defendant Parham accepted service; the signature on the card does not read "Jamie Parham." (Doc. No. 9.) Accordingly, I find service on Defendant Parham is not in compliance with Federal Rule of Civil Procedure 4(e) and service on Defendant Parham is set aside. The Court notes that defense counsel has been unable to reach Defendant Parham at two telephone numbers, or by mail at the last known address to which service was sent. (Doc. No. 19).

Plaintiff is directed to provide an address for service for Defendant Parham within thirty (30) days of the date of this Order. If he does not do so, his claims against Defendant Parham may be dismissed. LOCAL RULE 5.5(c); FED. R. CIV. P. 4(m); Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993).

IT IS SO ORDERED this 11th day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE