IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT AVERY,                                                                                           PLAINTIFF
ADC #652373

v.                                        4:22CV01068-BSM-JTK

RORY GRIFFIN, et al.                                                                              DEFENDANTS

## ORDER

Having reviewed Plaintiff Robert Avery's Complaint for screening purposes only,[1] the Court finds that service is appropriate as to Plaintiff's claims against Defendants Patsy McIntire, and Wellpath Health Care, among others.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summonses for Defendants Patsy McIntire, and Wellpath Health Care. The United States Marshal is hereby directed to serve a copy of this Order, Plaintiff's Complaint (Doc. No. 2) and summons on each of these Defendants without prepayment of fees and costs or security therefore.

Service on Defendant McIntire should be attempted through the Humphries, Odum & Eubanks Law Firm, attn. Michelle Odum, 1901 Broadway Street, Little Rock, AR 72206.

Service on Defendant Wellpath should be attempted through Corporate Creations Network, Inc., 609 SW 8th Street #600, Bentonville, AR 72712.

IT IS SO ORDERED this 7th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).