IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT AVERY,                                                                                    PLAINTIFF
ADC #652373

v.                                          4:22CV01068-BSM-JTK

RORY GRIFFIN, et al.                                                                          DEFENDANTS

## ORDER

Having reviewed Plaintiff Robert Avery's Complaint for screening purposes only,[1] the Court finds that service is appropriate as to Plaintiff's claims against Defendant Stringfellow Dentistry, among others.

The Court notes that a business entity search for "Stringfellow Dentistry" on the Arkansas Secretary of State website yielded no results. As such, the Court cannot direct service on a registered agent, but will serve Defendant Stringfellow Dentistry at the address Plaintiff provided.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for Defendant Stringfellow Dentistry. Plaintiff identified Stringfellow Dentistry's address as 6814 Princeton Pike, Pine Bluff, AR 71602. (Doc. No. 2 at 2). The United States Marshal is hereby directed to serve a copy of this Order, Plaintiff's Complaint (Doc. No. 2) and summons on Defendant Stringfellow Dentistry without prepayment of fees and costs or security therefore. Service on Defendant Stringfellow Dentistry should be attempted at the address given above.

IT IS SO ORDERED this 15th day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).