IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT AVERY**                                                          **PLAINTIFF**
ADC # 652373

v.                    **CASE NO. 4:22-CV-01068-BSM**

**RORY GRIFFIN, et al.**                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE